Opinion filed October 23, 2008 











 
 
  
 
 







 
 
  
 
 




Opinion filed October 23,
2008 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                   __________

 

                                                          No. 11-08-00228-CR

                                 __________

 

                                 ERIC CORREA JIMENEZ, Appellant

 

                                                             V.

 

                                         STATE
OF TEXAS, Appellee

 



 

                                          On
Appeal from the 29th District Court

 

                                                       Palo
Pinto County, Texas

 

                                                    Trial
Court Cause No. 13360

 



 

                                             M
E M O R A N D U M  O P I N I O N

Eric
Correa Jimenez has filed in this court a motion to withdraw his notice of
appeal.  The motion is signed by counsel and supported by appellant=s affidavit.  The motion is
granted, and the appeal is dismissed.

 

PER CURIAM

October 23, 2008

Do not publish. 
See Tex. R. App. P. 47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.